1  THOMAS E. FRANKOVICH (State Bar #074414)
   KRISTINA M. WERTZ (State Bar #221206)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:     415/674-8600
   Facsimile:     415/674-9900
5
6  Attorneys for Plaintiffs
   MARSHALL LOSKOT
7  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION
8  SERVICES: HELPING YOU
   HELP OTHERS

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  MARSHALL LOSKOT, an individual;      )   **CASE NO. C04-2917 CRB**
    and DISABILITY RIGHTS                )
13  ENFORCEMENT, EDUCATION               )   **STIPULATION OF DISMISSAL AND**
    SERVICES:HELPING YOU HELP            )   **[PROPOSED] ORDER THEREON**
14  OTHERS, a California public benefit  )
    corporation,                         )
15                                       )
         Plaintiffs,                     )
16                                       )
    v.                                   )
17                                       )
    GOLDEN HORSE RESTAURANT;             )
18  YUNG WUN and LAI CHING, as trustees  )
    of the YUNG WUN & LAI CHING          )
19  REVOCABLE TRUST; and GUO FU          )
    WU and ANITA XUE HONG WU,            )
20  individuals dba GOLDEN HORSE         )
    RESTAURANT,                          )
21                                       )
         Defendants.                     )
22  _____)

23
    The parties, by and through their respective counsel, stipulate to dismissal of this action in its
24
    entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Mutual
25
    Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and
26
    attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over
27
    enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)
28

1  (empowering the district courts to retain jurisdiction over enforcement of settlement
2  agreements).
3     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with
5  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
6     This stipulation may be executed in counterparts, all of which together shall constitute
7  one original document.
8
9     IT IS SO STIPULATED.
10
11  DATED: August 24, 2005          THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*
12
13
                                    By: _____/s/_____
14                                      Kristina M. Wertz
                                    Attorneys for Plaintiffs MARSHALL LOSKOT
15                                  and DISABILITY RIGHTS ENFORCEMENT,
                                    EDUCATION SERVICES: HELPING YOU
16                                  HELP OTHERS
17
18  DATED: June 16, 2005            GORDON & REES, LLP
19
20                                  By: _____/s/_____
                                        Brett T. Moroney
21                                  Attorneys for Defendants GUO FU WU and
                                    ANITA XUE HONG WU, individuals dba
22                                  GOLDEN HORSE RESTAURANT
23
    DATED: June 20, 2005            BORTON, PETRINI & CONRON
24
25                                  By: _____/s/_____
                                        Curtis R. Hagan
26                                  Attorneys for Defendants YUNG WUN and LAI
                                    CHING, as trustees of the YUNG WUN & LAI
27                                  CHING REVOCABLE TRUST
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
CASE NO. C04-2917 CRB                 2

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:   August 25  , 2005



Hon. C_____
UNITED_____ JUDGE